UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation

Civil No. 12-md-2320-PB
12-cv-2322-PB

O R D E R

By notice dated March 12, 2012, Attorneys **Natalie Finkelman Bennett, Jayne Arnold Goldstein,** and **Christopher J.M. Collings** were instructed to register for Electronic Case Filing (ECF) within thirty (30) days.  To date, attorneys **Bennett, Goldstein,** and **Collings** have not registered as instructed.

The above attorneys shall register for ECF on or before May 21, 2012. Failure to register by that date shall result in attorneys **Bennett, Goldstein,** and **Collings** being removed as counsel of record.

SO ORDERED.

May 7, 2012

*/s/ Paul Barbadoro*
Paul Barbadoro
United States District Judge

cc:     **Natalie Finkelman Bennett, Esq.**
        **Jayne Arnold Goldstein, Esq.**
        **Christopher J.M. Collings, Esq.**
        All Counsel of Record